UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANITA ANDREWS,

    Plaintiff,

v.                                Case No: 2:16-cv-814-FtM-99MRM

MIKE SCOTT, DEPUTY BRANDON
MARSHALL, SERGEANT ROBERT
KIZZIRE, DEPUTIES JOHN AND
MARY DOES, JANE AND JOHN
DOES and CORIZON HEALTH,
INC.,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Mandate from United States Court of Appeals (USCA) (Doc. 71) filed on June 18, 2018. On April 5, 2018, the United States Court of Appeals issued an Opinion and Order affirming the district court's denial of the defendants' motion to dismiss. On June 18, 2018, the Mandate was issued entering judgment in accordance with the opinion. As such, the case is ready to proceed as outlined below.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

1) The stay is lifted from this case and the clerk is directed to remove the stay flag.

2) The final pretrial conference currently scheduled for Friday, June 22, 2018 is cancelled. The clerk is directed to issue a notice cancelling hearing accordingly.

3) The parties are directed to file an Amended Case Management Report outlining new case management dates. Parties are permitted to appear telephonically at the case management meeting.

4) Once the amended Case Management Report is filed, this case should proceed to a preliminary pretrial conference before the Hon. Mac R. McCoy.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of June, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record